**Opinion issued August 19, 2014.**



In The

# Court of Appeals

For The

# First District of Texas

—————————

## NO. 01-14-00127-CV

—————————

**YOLANDA WASHINGTON, Appellant**

**V.**

**BEACON HILL APARTMENTS, LLC, Appellee**

---

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Case No. 1041365**

---

## MEMORANDUM OPINION

Appellant, Yolanda Washington, has filed an appeal from the trial court's January 27, 2014 judgment. The trial court clerk filed the clerk's record on February 20, 2014. The court reporter filed an information sheet stating that there

was no reporter's record in the case. Appellant's brief, therefore, was due on March 24, 2014. *See* TEX. R. APP. P. 4.1(a), 38.6(a).

On April 3, 2014, after Washington failed to timely file a brief, the Clerk of this Court notified Washington that she had failed to timely file a brief and that failure to file a brief or a motion for extension by April 14, 2014 could lead to dismissal of his appeal. *See* TEX. R. APP. P. 38.8(a), 42.3(b). The Court's notice was returned, with the following marked on the envelope: "return to sender, not deliverable as addressed, unable to forward." Washington has not filed a brief, responded to the Court's notice, or provided us with any other mailing address. *Cf.* TEX. R. APP. P. 9.1(b) (requiring unrepresented party to provide party's mailing address on all documents filed with court).

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a), 42.3(b). We dismiss any pending motions as moot.


**PER CURIAM**


Panel consists of Justices Higley, Bland, and Sharp.

2